[No. 47357-3-I. Division One. May 21, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. HUY TRAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01552-2, Charles W. Mertel, J., entered August 18, 2000. *Remanded* by unpublished per curiam opinion.

[Nos. 18954-6-III; 19638-1-III. Division Three. May 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ARTHUR PATRICK HAFLICH, *Appellant*.
*In the Matter of the Personal Restraint of* ARTHUR PATRICK HAFLICH, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-1-01369-8, Robert D. Austin, J., entered November 5, 1999, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 19285-7-III. Division Three. May 22, 2001.]

MARK MCWHORTER, ET AL., *Appellants*, v. RANDY HERZOG, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-2-02963-2, Michael E. Schwab, J., entered February 25, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 19400-1-III. Division Three. May 22, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JERMAINE JEFFERS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-00074-1, Ellen K. Clark, J., entered June 20, 2000. *Affirmed* by unpublished per curiam opinion.